IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SELLERGREN BROS., INC.<br><br>Defendant. | Case No. 09 cv 5020<br><br>Judge Castillo |

## Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on August 17, 2009 and the summons and complaint was served on James Riebandt, Registered Agent on August 19, 2009 via the Process Server. **(Exhibit A, affidavit of service)**

2. On September 9, 2009, the Court defaulted the Defendant for failing to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4. The Defendant submitted monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $186,506.01 for the months October 2008 through August 2009 (excluding July 2009). The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $10,147.09 for the period October 2008 through August 2009 (excluding July 2009). **(Exhibit B, affidavit of John Libby)**

5. The Defendant failed to submit the monthly report for the period July 2009 despite several requests to do so. As a result an estimate was performed based upon the prior 12 month reporting period. As a result, the estimated ERISA contributions claimed to be owed is $50,917.58 for the month of July 2009. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of estimated dues withheld is $3,407.72 for the period July 2009. **(Exhibit B)**

6. The Defendant owes interest on the actual ERISA contributions in the amount of $4,372.76 for the period October 2008 through August 2009 (excluding July 2009). The Defendant also owes interest on the estimated ERISA contributions in the amount of $915.54 for the period July 2009. This interest is owed pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B)**

7. The Defendant owes liquidated damages on the actual ERISA contributions in the amount of $29,315.62 for the period October 2008 through August 2009 (excluding July 2009). The Defendant owes liquidated damages on the estimated ERISA contributions in the amount of $4,755.70 for the period July 2009. The liquidated damages are owed pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). **(Exhibit B)**

8. The Defendant owes the sum of $3,207.75 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit C, affidavit of Daniel P. McAnally)**

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $293,950.77.

>Respectively submitted,
>
>s/ DANIEL P. McANALLY
>Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700