IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND <br><br> Plaintiffs, <br><br> v. <br><br> SELLERGREN BROS., INC. <br><br> Defendant. | Case No. 09 cv 5020 <br><br> Judge Castillo |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on August 17, 2009 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, SELLERGREN BROS., INC., in the sum of **$293,950.77** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (10/08 - 08/09) | $237,423.59 |
| b) | Interest on ERISA Contributions | $5,288.30 |
| c) | Liquidated Damages (10/08 - 08/09) | $34,071.32 |
| d) | Union Dues (11/08 - 07/09) | $13,554.81 |
| e) | Attorney Fees and Costs | $3,612.75 |
| **TOTAL** | | **$293,950.77** |

ENTERED:

RUBEN CASTILLO
UNITED STATES DISTRICT JUDGE

DATED: 2/22/10